UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
POLEMIS, MICHAEL  
POLEMIS, IRENE  

Case No.: 16-25982  
Chapter: 7 -- Liquidation  
Judge: STACEY L. MEISEL

## NOTICE OF PROPOSED ABANDONMENT

 Nicholas J. Delzotti , Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed a hearing will be held before the Honorable STACEY L. MEISEL on 11/01/2016 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3A. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 40 Hawthorne Terrace<br>Closter, NJ 07624<br>Property has a fair market value of $270,000.00 per Coldwell Banker |
|---|---|

| Liens on property: | Mortgage is held by<br>Bank of America<br>with a balance of<br>$343,107.00<br>With the cost of sale the Trustee believes this property has no value to the estate. |
|---|---|

| Amount of equity claimed as exempt: | |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Nicholas J. Delzotti  
Address: PO Box, 20117, Newark, NJ 07102  
Telephone No.: (973) 622-3464 Fax (973) 622-6688 Email: Nick9151@aol.com

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                        Case No. 16-25982-SLM
Michael Polemis                                               Chapter 7
Irene Polemis
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-2       User: admin              Page 1 of 2          Date Rcvd: Sep 27, 2016
                           Form ID: pdf905          Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2016.
db/jdb         +Michael Polemis,    Irene Polemis,    40 Hawthorne Terrace,    Closter, NJ 07624-1050
516349047       AT&T Universal Card,    PO Box 6500,    Sioux Falls, SD 57117-6500
516349046       American Express,    Customer Service,    P.O. Box 981535,    El Paso, TX 79998-1535
516349048      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of Ameirca,      PO Box 982234,    El Paso, TX 79998)
516349050      +Bank of America,    PO Box 21848,    Greensboro, NC 27420-1848
516349051       Bank of America Home Loans,    PO Box 31785,    Tampa, FL 33631-3785
516349052       Chase,   Cardmember Services,    P. O. Box 15153,    Wilmington, DE 19886-5153
516349053      +Christoper Odogbili, Jr., Esq.,     Pressler & Pressler,    7 Entin Road,
                 Parsippany, NJ 07054-5020
516349054      +Citi Cards,    PO Box 6062,    Sioux Falls, SD 57117-6062
516349055       Comenity Bank,    Customer Service,    PO Box 182273,    Columbus, OH 43218-2273
516349056       Comenity Bank (Dress Barn),    Bankruptcy Dept.,    PO Box 182125,    Columbus, OH 43218-2125
516349057      +Comenity Bank (Talbots),    PO Box 182273,    Columbus, OH 43218-2273
516349058       Comenity Bank (The Loft),    Bankruptcy Dept.,    PO Box 182125,    Columbus, OH 43218-2125
516349059       Comenity Bank (Victoria's Secret),     Bankruptcy Dept.,    PO Box 182125,
                 Columbus, OH 43218-2125
516349061       Dress Barn,    Customer Service,    PO Box 182273,    Columbus, OH 43218-2273
516349062      +FIA Card Services (Fidelity Investments),     PO Box 982335,    El Paso, TX 79998-2332
516349064       Hayt, Hayt & Landau,    Two Industrial Way West,    PO Box 500,    Eatontown, NJ 07724-0500
516349065      +JH Portfolio Debt Equities,    5757 Phantom Dr., Suite 225,     Hazelwood, MO 63042-2429
516349066      +John Lignos,    60 Forest St,    Closter, NJ 07624-1658
516349068      +Macy's,   Bankruptcy Dept.,    PO Box 8053,    Mason, OH 45040-8053
516349067      +Macy's,   Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
516349069      +Midland Funding LLC,    2365 Northside Dr, Suite 300,    San Diego, CA 92108-2709
516349070      +Midland Funding, LLC,    1037 Raymond Blvd, Suite 710,    Newark, NJ 07102-5427
516349072      +Panteris & Panteris,    333 Sylvan Ave., Suite 201,    Englewood Cliffs, NJ 07632-2732
516349075      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516349076      +Selip & Stylianou,    PO Box 9004,    Woodbury, NY 11797-9004
516349077       Sunrise Credit Services, Inc.,    260 Airport Plaza,    PO Box 9100,    Farmingdale, NY 11735-9100
516349078       The Children's Place,    PO Box 6403,    Sioux Falls, SD 57117-6403
516349080      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,     Cardmember Services,    PO Box 6335,
                 Fargo, ND 58125-6335)
516349081      +US Bank (Gymboree VISA),    Bankruptcy Dept.,    PO Box 108,    Saint Louis, MO 63166-0108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2016 23:12:19      U.S. Attorney,    970 Broad St.,
                 Room 502, Rodino Federal Bldg.,     Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2016 23:12:15      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center, Suite 2100,
                 Newark, NJ 07102-5235
516349060       E-mail/Text: mrdiscen@discover.com Sep 27 2016 23:11:25      Discover,    PO Box 30943,
                 Salt Lake City, UT 84130
516349063      +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2016 23:05:08      GE Capital Retail Bank (The Gap),
                 Bankruptcy Dept.,    PO Box 103104,   Roswell, GA 30076-9104
516349071       E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2016 23:05:35      Old Navy,    PO Box 965004,
                 Orlando, FL 32896-5004
516349073       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2016 23:05:43
                 Portfolio Recovery,    120 Corporate Blvd., Suite 1,    Norfolk, VA 23502
516349074       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2016 23:05:44
                 Portfolio Recovery Associates, LLC,    PO Box 12914,    Norfolk, VA 23531
516349079      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2016 23:05:15      Toys R Us,
                 c/o Portfolio Recovery,    PO Box 12914,    Norfolk, VA 23541-0914
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516349049*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,      PO Box 982235,    El Paso, TX 79998-2235)
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2           User: admin                    Page 2 of 2                  Date Rcvd: Sep 27, 2016
                               Form ID: pdf905                Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2016                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER
               THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2006-4 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
               NJ58@ecfcbis.com
              Nicholas J. Delzotti    nick9151@aol.com,  NJ58@ecfcbis.com
              Steven Z Jurista    on behalf of Debtor Michael   Polemis sjurista@wjslaw.com,
               ldenson@wjslaw.com;sjurista@ecf.inforuptcy.com;ldenson@ecf.inforuptcy.com
              Steven Z Jurista    on behalf of Joint Debtor Irene   Polemis sjurista@wjslaw.com,
               ldenson@wjslaw.com;sjurista@ecf.inforuptcy.com;ldenson@ecf.inforuptcy.com
                                                                                             TOTAL: 5
```