Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−25982−SLM
        Chapter: 7
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Michael Polemis                                   Irene Polemis
   dba Blue Moon Design Studio LLC         40 Hawthorne Terrace
   40 Hawthorne Terrace                       Closter, NJ 07624
   Closter, NJ 07624

Social Security No.:
   xxx−xx−2319                                        xxx−xx−4154

Employer's Tax I.D. No.:

### NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

      Chapter 7: [60 days from the first date set for your Meeting of Creditors.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: November 3, 2016
JJW: admi

                                                                                James J. Waldron
                                                                                Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                          Case No. 16-25982-SLM
Michael Polemis                                                 Chapter 7
Irene Polemis
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 1          Date Rcvd: Nov 03, 2016
                              Form ID: finmgtc          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2016.
db/jdb         +Michael Polemis,   Irene Polemis,   40 Hawthorne Terrace,   Closter, NJ 07624-1050

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 03 2016 23:35:48      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 03 2016 23:35:44      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                               TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER
               THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2006-4 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
               NJ58@ecfcbis.com
              Nicholas J. Delzotti    nick9151@aol.com,   NJ58@ecfcbis.com
              Steven Z Jurista    on behalf of Debtor Michael   Polemis sjurista@wjslaw.com,
               ldenson@wjslaw.com;sjurista@ecf.inforuptcy.com;ldenson@ecf.inforuptcy.com
              Steven Z Jurista    on behalf of Joint Debtor Irene  Polemis sjurista@wjslaw.com,
               ldenson@wjslaw.com;sjurista@ecf.inforuptcy.com;ldenson@ecf.inforuptcy.com
                                                                                               TOTAL: 5