Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 16–25982–SLM
> Chapter: 7
> Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael Polemis | Irene Polemis |
| dba Blue Moon Design Studio LLC | 40 Hawthorne Terrace |
| 40 Hawthorne Terrace | Closter, NJ 07624 |
| Closter, NJ 07624 | |

Social Security No.:
  xxx–xx–2319                                                        xxx–xx–4154

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Nicholas J. Delzotti is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 29, 2016</u>          <u>Stacey L. Meisel</u>
                                        Judge, United States Bankruptcy Court